RECEIVED
AUG 14 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| StoneRiver InsureWorx, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Southeastern US Insurance, Inc.<br><br>Defendant. | CASE NO. 3:09-cv-01920-MHP<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

John H. Williamson, whose business address and telephone number is

1600 Atlanta Financial Center, 3343 Peachtree Road, NE, Atlanta, GA 30326
404-233-7000

and who is an active member in good standing of the bar of Georgia

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/18/2009



IT IS SO ORDERED
Judge Marilyn H. Patel