FOLEY & LARDNER LLP
MICHAEL E. DELEHUNT (SBN 070619)
mdelehunt@foley.com
BILL J. SYMES (SBN 257903)
bsymes@foley.com
One Maritime Plaza, Sixth Floor
San Francisco, California 94111
Telephone:    415.434.4484
Facsimile:    415.434.4507

Attorneys for Plaintiff StoneRiver Insureworx, Inc.

COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:    415.433.1900
Facsimile:    415.433.5530

Attorneys for Defendant Southeastern US
Insurance, Inc.

(ADDITIONAL COUNSEL LISTED ON
  SIGNATURE PAGE)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| StoneRiver InsureWorx, Inc.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Southeastern US Insurance, Inc.,<br><br>　　　　Defendant. | CASE NO. CV 09 1920 MHP<br><br>**STIPULATED REQUEST FOR ODER CHANGING TIME**<br>**(Local Rule 6.2)** |

　　　　Pursuant to N.D. CAL. L.R. 6-2, Plaintiff StoneRiver Insureworx, Inc. ("Plaintiff") and Defendant Southeastern US Insurance, Inc. ("Defendant") request that the mediation deadline in this matter be rescheduled from November 15, 2009 (Doc. 26) to March 15, 2010.

　　　　The parties make this request because on September 11, 2009, Defendant, a Georgia-based provider of workers' compensation insurance, was placed under administrative supervision

625404.1

CV 09 1920 MHP
STIPULATED REQUEST FOR ORDER CHANGING TIME

pursuant to the Georgia Insurance Code. [See Administrative Supervision Order, attached as Exhibit A.] Accordingly, Defendants' operations are presently being controlled by an Administrator appointed by the Georgia Department of Insurance ("DOI"). Any settlement, therefore, requires the Administrator's approval.

Defendant's counsel is in communication with DOI regarding this case and its status. Currently, DOI is in the process of evaluating Defendant's situation, and had not made a decision regarding its chosen course of action. DOI has not provided Defendant with any settlement authority, so settlement is not feasible as of the date of this filing. Thus, the parties are unable to meaningfully confer regarding settlement, or file their Settlement Conference Statements. Extending the deadlines as requested, however, will allow the DOI time to assess the situation, give instructions, and allow for more substantive settlement discussions. It appears that attempting to schedule an earlier settlement conference would be premature, given lack of authority from the DOI.

The parties have been in communication with the chambers of Magistrate Judge Spero regarding the settlement conference. In response to the parties previous request, Magistrate Judge Spero has cancelled the Settlement Conference scheduled before him and suggested that the parties seek an extension of the mediation deadline from this Court. Magistrate Judge Spero is handling the criminal calendar in December and has two trials scheduled in January 2010, so an extension of the mediation deadline to March 15, 2010 is consistent with the availability of calendar opening for a settlement conference in February or March 2010 before Magistrate Judge Spero. If this request to extend the mediation deadline is granted, the parties then intend to schedule a settlement conference with Magistrate Judge Spero.

Therefore, the parties respectfully request that this Court extend the mediation deadline from November 15, 2009 to March 15, 2010.

/ / /

/ / /

/ / /

/ / /

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

625404.1

2

CV 09 1920 MHP

STIPULATED REQUEST FOR ORDER CHANGING TIME

1  Dated: October 22, 2009.

2  **Consented to:**

3  Attorneys for Plaintiff:  Attorneys for Defendant:

4  By: __/s/ Brian P. Keenan  By: __/s/ Stephen D. Kaus
   Brian P. Keenan  Stephen D. Kaus
5  Appearing *Pro Hac Vice*  California Bar No. 57454

6  **FOLEY & LARDNER LLP**  **COOPER, WHITE & COOPER LLP**
7  777 E. Wisconsin Ave.  201 California St., 17th Floor
   Milwaukee, Wisconsin 53202  San Francisco, CA 94111
   Telephone: 414.319.7338  Telephone: 415.433.1900
8  Facsimile: 414.297.4900  Facsimile: 415.433.5530
   bkeenan@foley.com  skaus@cwclaw.com
9  dsimon@foley.com

10

11 **FOLEY & LARDNER LLP**  By: __/s/ John H. Williamson
   One Maritime Plaza, Sixth Floor  John H. Williamson
12 San Francisco, California 94111  Appearing *Pro Hac Vice*
   Telephone: 415.434.4484
13 Facsimile: 415.434.4507  **MORRIS, MANNING & MARTIN, LLP**
   mdelehunt@foley.com  1600 Atlanta Financial Center
14 bsymes@foley.com  3343 Peachtree Road, N.E.
   Atlanta, Georgia 30326-1044
15  (404) 233-7000
16  (404) 365-9532
   jwilliamson@mmmlaw.com
17  astarr@mmmlaw.com

18

19  IT IS SO ORDERED:

20

21  Date: October 23, 2009

**APPROVED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA