IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STONERIVER INSUREWORX, INC., | CASE NO.: C 09-1920 MHP |
| PLAINTIFF, | |
| v. | (~~Proposed~~) Order Following Subsequent Case Management Conference |
| SOUTHEASTERN US INSURANCE, INC., | |
| DEFENDANT. | |

On July 12, 2010, this matter came before the Court for a Subsequent Case Management Conference pursuant to Northern District of California Local Rule 16-10(c). Plaintiff and Counter-Defendant StoneRiver Insureworx, Inc., was represented by Bill J Symes of Foley & Lardner LLP. Defendant and Counter-Claimant Southeastern US Insurance, Inc. ("SEUS") was represented by Stephen Kaus of Cooper, White & Cooper LLP.

637848.1

1  Counsel for SEUS informed the Court that he understands that the Georgia Department of
2  Insurance has obtained an order from the Fulton County Georgia Superior Court liquidating
3  SEUS and appointing Georgia Insurance Commissioner John Oxendine as the liquidator.
4  Counsel stated that both he and SEUS Georgia counsel, John Williamson of Morris, Manning &
5  martin LLP have attempted to obtain directions and authority from the Georgia Department of
6  Insurance to enter an agreement mutually dismissing the complaint and counter-claim herein, but
7  that they have been unable to do so.

8  Local Rule of Court 16-10(c) requires that "[e]ach party must be represented at . . .
9  subsequent case management conferences by counsel having authority with respect to matters
10  under consideration." Counsel for SEUS had no such authority at this Subsequent Case
11  Management Conference.

12  SEUS is before this Court as a party and this Court thus has jurisdiction over SEUS and
13  its management.

14  THEREFORE, for good cause shown, the person or entity in actual control of Defendant
15  and Counter-Claimant Southeastern US Insurance, Inc. is ordered to appear before this court
16  personally or through counsel on August 23, 2010 at 3 p.m. prepared to meaningfully participate
17  in the Subsequent Case Management Conference if this matter has not been resolved by
18  stipulation and documents so indicating filed with the Court before that date. The parties shall
19  file a Joint Case Management Conference Statement by August 16, 2010. (Local Rule of Court
20  16-10(d).)

21  Failure to comply with this order could lead to the imposition of sanctions.

Dated: 8/11/10

Marilyn Hall Patel
United States District Judge

Approved as to form:

/s
Bill J. Symes, Attorney for StoneRiver InsureWorx, Inc.