COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:  415.433.1900
Facsimile:  415.433.5530

MORRIS, MANNING & MARTIN, LLP
JOHN WILLIAMSON
  jwilliamson@mmmlaw.com
ADAMSON B. STARR
  astarr@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone:  404.233.7000
Facsimile:  404.365.9532

Attorneys for Defendant Southeastern US Insurance, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STONERIVER INSUREWORX, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHEASTERN US INSURANCE, INC.,<br><br>    Defendant. | CASE NO. CV-09-01920-MHP<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>**(Fed. Rule Civ. Proc. 41(a)(1)(A)(ii))** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Counter-Defendant StoneRiver Insureworx, Inc. and Defendant and Counter-Complainant Southeastern US Insurance, Inc., through their respective counsel of record, that the Complaint and Counter-Claim in this matter shall each be dismissed without prejudice.

Each party shall bear its own fees and costs incurred in this action.

1

2  DATED: August 20, 2010            FOLEY & LARDNER LLP
                                     MICHAEL E. DELEHUNT
3                                    DAVID W. SIMON
                                     BRIAN P. KEENAN
4                                    BILL J. SYMES

5

6                                    By: /s/_____
                                         Bill J. Symes
7                                        Attorneys for Plaintiff and Counter-Defendant
                                         StoneRiver InsureWorx, Inc.
8

9

10 DATED: August ___, 2010           COOPER, WHITE & COOPER LLP

11

12                                   By: /s/_____
                                         Stephen Kaus
13                                       Attorneys for Defendant Southeastern US
                                         Insurance, Inc.
14

15

16

17          8/23/2010                IT IS SO ORDERED

18                                   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
                                     Judge Marilyn H. Patel
19

20

21

22

23

24

25

26

27

28

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

639580.1                              2                          CV-09-01920-MHP
                          STIPULATION OF VOLUNTARY DISMISSAL